Mark A. Feldman (Bar No. 152476)
David J. Sire (Bar No. 255798)
**FELDMAN & ASSOCIATES, INC.**
11030 Santa Monica Blvd., Suite 109
Los Angeles, California 90025
Telephone: (310) 312-5401

Attorneys for Plaintiff AWI BUILDERS, INC.

Christopher T. Olsen (Bar No.143915)
Mark B. Brueggemann (Bar No. 183660)
Thomas M. Gafffney (Bar No. 321456)
**OLSEN & BRUEGGEMANN, APC**
2150 Park Place, # 100
El Segundo, CA 90245
(310) 773-3280

William C. Hernquist II (Bar No.138015)
**HERNQUIST & ASSOCIATES**
1650 North Coast Hwy 101
Encinitas, CA 92024
(619) 687-2300

Attorneys for Defendant and Counter-Claimant
THYSSENKRUPP ELEVATOR CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AWI BUILDERS, INC. a California corporation, <br><br> Plaintiff(s), <br> vs. <br><br> THYSSENKRUPP ELEVATOR CORPORATION, a Delaware corporation Doing business as THYSSENKRUPP ELEVATORS; | Case No. 2:19-cv-05677-PSG-PJW <br><br> **STIPULATION TO ALLOW AWI BUILDERS, INC. LEAVE TO FILE AMENDED COMPLAINT AND THYSSENKRUPP ELEVATOR CORPORATION LEAVE TO FILE AMENDED** |

1

|   |   |
|---|---|
| FEDERAL INSURANCE COMPANY, a NEW JERSEY Corporation and DOES 1 through 200, inclusive<br><br>Defendants.<br><br>THYSSENKRUPP ELEVATOR CORPORATION, a Delaware corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>ROES 1 through 25, inclusive.<br><br>Counter-Defendants. | **ANSWER AND AMENDED COUNTER-CLAIM** |

AWI Builders, Inc. (the "Plaintiff and Counter-Defendant") and Defendant, Thyssenkrupp Elevator Corporation (the "Defendant and Counter-Claimant") (collectively, the "Parties") by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff and Counter-Defendant, AWI Builders, Inc. is a general building contractor doing business in California. Defendant and Counter-Claimant, Thyssenkrupp Elevator Corporation is a supplier and installer of elevators and escalators in California. The Parties' dispute stems from two construction projects for which Plaintiff contracted with Defendant and Counter-Claimant to install various elevators.

2. May 15, 2019, the Plaintiff and Counter-Defendant filed a complaint in California State Court commencing the above-captioned action against Defendant (the "Complaint"). Plaintiff seeks damages from Defendant for delays at the

projects.

3. On June 28, 2019 the Defendant and Counter-Claimant served an Answer and Cross-complaint.

4. On June 28, 2019 the Defendant and Counter-Claimant also served a Notice of Removal to Federal Court and Demand for Jury Trial.

5. Between September 1 and September 20, 2019 Defendant served a Stop Notice and made a claim against Plaintiff's payment bond asserting nonpayment on the AWI Builders, Inc.'s project owned by the Fullerton Joint Union High School District.

6. Plaintiff and Counter-Defendant seeks leave to file a First Amended Complaint to add facts for breach of contract, and to add causes of actions for, among other things, declaratory relief and a preliminary injunction, and to add items to the pray for relief including, but not limited to, a preliminary injunction. The First Amended Complaint is to be filed on Tuesday, October 15, 2019.

7. The Parties hereby agree that Defendant and Counter-Claimant may file and serve its Answer and Amended Counter-Claim pursuant to the Federal Rules of Civil Procedure.

Dated: October 14, 2019

**FELDMAN & ASSOCIATES, INC.**

By /s/ *Mark A. Feldman*
Mark A. Feldman
*Counsel for AWI Builders, Inc.*

**OLSEN & BRUEGGEMANN, APC**

/s/ Christopher T. Olsen
Christopher T. Olsen

**HERNQUIST & ASSOCIATES**

/s/ William C. Hernquist II
*Counsel for Thyssenkrupp Elevator Corporation*

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 11030 Santa Monica Blvd., Suite 109, Los Angeles, CA 90025. On February 1, 2019, I served the foregoing document described as: **STIPULATION TO ALLOW AWI BUILDERS, INC. LEAVE TO FILE AMENDED COMPLAINT AND THYSSENKRUPP ELEVATOR CORPORATION LEAVE TO FILE AMENDED ANSWER AND AMENDED COUNTER-CLAIM**

by mail on the interested parties in this action by placing copies thereof enclosed in sealed envelopes addressed as follows:

[X] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| William C. Hernquist II, Esq.<br>Hernquist & Associates<br>1650 North Coast Hwy 101<br>Encinitas, CA 92024<br>Phone Number:   (619) 687-2300<br>Fax Number:   (619) 687-2302<br>wch@hernquistlaw.com<br>(Attorney for Thyssenkrupp Elevator Corporation) | Christopher T. Olsen, Esq.<br>Olsen & Brueggemann, APC<br>2150 Park Place, #100<br>El Segundo, CA 90245<br>Phone Number: (310) 773-3280 |

[X] BY MAIL

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE: I transmitted a copy of the foregoing document(s) via facsimile transmission to the fax number(s) of the interested parties as stated on the attached service list.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: October 17, 2019

DAVID SIRE, JR.