Mark A. Feldman, Esq. (SBN:152476)
FELDMAN & ASSOCIATES, INC.
11030 Santa Monica Blvd., Suite 109
Los Angeles, California 90025
T: 310-312-5401; F: 310-312-5409
Email: mfeldman@feldmanandassoc.com
Attorneys for Plaintiff and Counter-Defendant AWI BUILDERS, INC. and Counter-Defendants THE OHIO CAUSALITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; and HANOVER INSURANCE COMPANY

Rodric A. Pacheco (SBN. 112432)
rpacheco@pncounsel.com
David J. Sire, Jr., Esq. (SBN: 255798)
dsire@pncounsel.com
PACHECO & NEACH PC
Two Park Plaza, Suite 1000
Irvine, California 92614
Telephone: 714.462.1700
Facsimile: 714.462.1785
Attorneys for Plaintiff AWI BUILDERS, INC.; and THE OHIO CAUSALITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; and HANOVER INSURANCE COMPANY

William C. Hernquist II, (SBN 138015)
HERNQUIST & ASSOCIATES
1650 North Coast Highway 101
Encinitas, California 92024
Phone: (619) 687-2300
Facsimile: (619) 687-2302
Attorneys for Defendant and Cross-Claimant THYSSENKRUPP ELEVATOR CORPORATION; and FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AWI BUILDERS, INC. A CALIFORNIA CORPORATION,<br>Plaintiff,<br>v.<br>THYSSENKRUPP ELEVATOR CORPORATION, A DELAWARE CORPORATION<br>DOING BUSINESS AS THYSSENKRUPP ELEVATORS;<br>FEDERAL INSURANCE COMPANY, A NEW JERSEY CORPORATION | Case No: 2:19-cv-05677-MEMF-PJW<br><br>Dist. Judge Maame Ewushi-Mensah Frimpong<br>Magistrate Judge A. Joel Richlin<br><br>**AMENDED JOINT EXHIBIT LIST**<br>(Fourth Filing)<br><br>Filed On: February 20, 2019<br>Pre-T Conf.: January 10, 2024<br>Trial Date: February 6, 2024 |

AND DOES 1 THROUGH 200, INCLUSIVE,

Defendants.

THYSSENKRUPP ELEVATOR CORPORATION, a Delaware corporation,

Counter-Claimant,

vs.

AWI BUILDERS, INC., a California corporation; FULLERTON JOINT UNION HIGH SCHOOL DISTRICT, a California public entity; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; HANOVER INSURANCE COMPANY, a California company; and, ROES 1 through 25, inclusive.

Counter-Defendants.

| # | Description | Witness Establishing Foundation | Date Identified | Date Admitted | Obj & Basis | Resp to Obj. |
|---|---|---|---|---|---|---|
| 1 | New Installation Proposal for 39 Congress 3/9/17 | Plaintiff/ Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 2 | New Installation Proposal for 39 Congress 3/24/17 | Plaintiff/Counter-Defendants | | | None | Contract formation; Business Records, FRE 803 (6); Party |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Admission, FRE 801(d)(2) |
| 3 | Letter of Intent for 39 Congress 3/24/17 | Plaintiff/Counter-Defendants | | | | Contract formation; Business Records, FRE 803 (6) |
| 4 | Subcontract for the 39 Congress Project 3/27/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 5 | Correspondence re: scope of work and the Elevator Control Room design 6/17-23/16 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 6 | Correspondence re: letter of intent for the 39 Congress Project 3/24-27/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 7 | Correspondence re: elevator requirements for the 39 Congress Project 3/30-4/3/17 | Plaintiff/Counter-Defendants | | | None | Contract requirements; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 8 | Correspondence re: meetings and drawings 3/30-4/3/17 | Plaintiff/Counter-Defendants | | | None | |
| 9 | Correspondence re: KGC's overview of the drilling work for the 39 Congress | Plaintiff/Counter-Defendants | | | None | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Project 4/6/17 | | | | | |
| 10 | Correspondence re: elevator requirements for the 39 Congress Project 3/15-4/6/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 11 | AWI correspondence to TKE dated 5/1/17 re Submittals with comments from the Architect | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 12 | Correspondence re: TKE's requirements for drilling at the 39 Congress Project 3/30-9/19/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 13 | TKE's Invoice 7/12/17 | Plaintiff/Counter-Defendants | | | None | |
| 14 | Correspondence re: changes in the design of the elevator doors and other design features 6/26-11/28/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 15 | AWI correspondence to TKE dated 2/28/18 and 3/26/18 re Look | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ahead Schedules | | | | | |
| 16 | TKE correspondence to AWI re: Change Orders for the 39 Congress Project 10/23/17; 7/16/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 17 | Correspondence re: Turning Over the Elevators for the 39 Congress Project 7/16-17/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 18 | Correspondence re: Card Readers inside the Elevators for the 39 Congress Project 7/6-17/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 19 | Letter from Huntington Orthopedic Institute re: $350,000 in alleged damages 12/20/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6) |
| 20 | Internal TKE Communications re: Contract formation for 39 Congress 8/21/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, Privileged Attorney/client communications. F.R.C.P. §§ 402, 403, 502, 602, 802. | Removed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Release of Mechanics' Lien for 39 Congress 10/1/19 | Plaintiff/Counter-Defendants | | | None | |
| 22 | Correspondence re: Shop Drawings for the 39 Congress Elevators on 4/5/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 23 | TKE's Elevator Submittal Package Dated 4/26/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 24 | TKE's Elevator Submittal Package Approved on 1/22/18 | Plaintiff/Counter-Defendants | | | None | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 25 | Elevator Pre-Install Checklist dated 2/6/18 | Plaintiff/Counter-Defendants | | | None | |
| 26 | Preliminary Work Authorization for Jacks for the 39 Congress elevators | Plaintiff/Counter-Defendants | | | None | |
| 27 | Meeting Minutes for the 39 Congress Project Numbers: 5 (April 5, 17), 6 (April 13, 17), and 23 (September 7, 17) | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | AWI letter to TKE dated 4/15/19 regarding Elevator being locked and delay damages | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 29 | 48 Hour Notice to Complete Elevators dated April 9, 19, and 24 Hour Notice to Complete Elevators dated April 5, 19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 30 | Payment Application from TKE to AWI Numbers: 3 (3/12/18), and 4 (4/18/18) | Plaintiff/Counter-Defendants | | | None | |
| 31 | AWI Change Orders for the 39 Congress Project Nos.: 1 (10/2/17), 2-6 (3/18/19; No. 6 Voided - for Sonora) | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 32 | TKE Change Orders for the 39 Congress Project Nos. 1-7 (dated April 27, 17) | Plaintiff/Counter-Defendants | | | None | |
| 33 | Correspondence re: TKE refusing to allow access to completed | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, | Contract performance; Business Records, FRE 803 (6); Party |

| | | | | | | |
|---|---|---|---|---|---|---|
| | work 5/1-8/21/19 | | | | Privileged Attorney/client communications. F.R.C.P. §§ 402, 403, 502, 602, 802. | Admission, FRE 801(d)(2) |
| 34 | TKE's Invoice and Pay Application 1 5/2/17 | Plaintiff/Counter-Defendants | | | None | |
| 35 | TKE's Invoice and Pay Application 2 7/12/17 | Plaintiff/Counter-Defendants | | | None | |
| 36 | TKE's Preliminary Notice 11/8/17 | Plaintiff/Counter-Defendants | | | None | |
| 37 | Nitro Associates' Expert Report by Mr. Craig A. Sorensen with TABS 1-34 12/7/20 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 38 | Photographs of the Project | Plaintiff/Counter-Defendants | | | None as to photos from R. Walls. Remainder: relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 39 | AWI Change Orders to Huntington Orthopedics for 39 Congress Project | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 40 | Chase Bank Statements for | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, | Contract performance and damages; |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Huntington Orthopedics Construction Loan dated 2/1/18, 6/1/18, 7/1/18, 9/1/18, 10/1/18, 11/1/18 | | | | misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Business Records, FRE 803 (6) |
| 41 | Promissory Note for Huntington Orthopedics Construction Loan dated 1/12/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 42 | Huntington Orthopedics Multitenant Office Lease at 39 Congress signed 9/29/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 43 | AWI's Revised and Updated Accounting Breakdown for the 39 Congress Project | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 44 | AWI's Schedule of Values for the 39 Congress Project | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 45 | Huntington Orthopedics' Payments to AWI | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. | Contract performance and damages; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | §§ 402, 403, 602, 802. | |
| 46 | 39 Congress: Account Summary Report, Payments and Corresponding Applications, Change Orders and Proposed Change Orders | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 47 | 39 Congress: Schedule of Values Jan 17 – Sep 18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 48 | 39 Congress: Payment Request 017 & Final 9/1/18 – 10/31/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6) |
| 49 | 39 Congress: Look Ahead Schedules March–Aug 17, Feb-Mar 18, July-Aug 18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 50 | Subcontract Agreement for the Sonora Project 1/12/18 | Plaintiff/Counter-Defendants | | | Relevance, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 51 | Correspondence re: the execution of the Sonora | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, | Contract formation; Business Records, FRE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Subcontract 1/23-3/13/18 | | | | hearsay, F.R.C.P. §§ 402, 403, 602, 802. | 803 (6); Party Admission, FRE 801(d)(2) |
| 52 | Initial Schedule for the Sonora Project and its transmitting email 1/25/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 53 | AWI Submitting TKE's Elevator Drawings for the Sonora Project 2/26/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 54 | AWI Requests for Information No. 30 at the Sonora Project RE: TKE's hoistway sizes for the elevators | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 55 | AWI Submitting TKE's Elevator Drawings for the Sonora Project 4/19/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 56 | Correspondence re: issues with scheduling the inspection of the elevator for the Sonora Project 7/23-8/1/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | Letter from Little Diversified Architectural Consulting re: no changes to second set of TKE submittals and rejecting submittals dated 3/27/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 58 | Email from AWI telling TKE it needs the submittals approved in days dated 3/27/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 59 | Correspondence to TKE to correct rejected elevator submittals 3/27-5/14/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 60 | Statement of General Conformance for TKE's Elevator Submittals for the Sonora Project 5/13/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 61 | Emails re: Contract Formation for the Sonora Project 6/25-12/31/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 62 | DSA Approval for Elevator | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, | Contract performance; Business |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Guardrails at Sonora Project sent by Email 6/6/18 | | | | incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 63 | TKE stating the subcontract is still being reviewed on 7/16/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 64 | AWI asking TKE for fabrication schedule for the Sonora Elevator on 8/10/18 and material release form | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 65 | E-mails between AWI and TKE re amendment be signed on 9/13/18 | Plaintiff/Counter-Defendants | | | Misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 802, 602, 403. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 66 | Signed Amendment for the Sonora Project | Plaintiff/Counter-Defendants | | | None | |
| 67 | E-mails between AWI and TKE re Weekly Meetings dated 11/5/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 68 | AWI 24 Hour Notice to TKE to Provide Construction Drawings on 11/10/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | E-mails re: TKE delays 11/15/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 70 | TKE New Installation Proposal for Sonora Project dated 12/12/17 | Plaintiff/Counter-Defendants | | | None | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 71 | Correspondence RE: substitution and anticipatory breach in 12/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); |
| 72 | AWI E-mail dated 1/9/19 re Executed TKE Amendment | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 73 | E-mail string between AWI and TKE re delivery schedule dated February 5,19 to March 28, 19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 74 | E-mail string between AWI and TKE re drawings dated April 3, 19 to April 17, 19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 75 | E-mail string between | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, | Contract performance; |

| | | | | | | |
|---|---|---|---|---|---|---|
| | AWI and TKE re drawings for the elevator 4/3/19 to 4/17/19 | | | | misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 76 | Five Project Site Crew Reports on TKE's work 5/17-9/4/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 77 | E-mail string dated 6/20/19 between AWI and TKE re punchlist items AWI must complete before inspection and TKE punchlists as enclosures | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 78 | E-mail string dated 8/20/19 between AWI and TKE re scheduling the inspection of the elevator for Sonora on 9/3/19 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 79 | E-mail string dated 8/19/19 between AWI and TKE re confirmation of Final Inspection | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 80 | AWI Change Orders for | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, | Contract performance; |

| | | | | | | |
|---|---|---|---|---|---|---|
| | the Sonora Project Nos. 1, 2, 2R; and TKE CO 1 | | | | misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 81 | E-mail string dated 11/15/18 between AWI and TKE re AWI's need to execute Amendment to Subcontract | Plaintiff/Counter-Defendants | | | None | |
| 82 | E-mail string dated 12/4/18 between AWI and TKE re Amendment | Plaintiff/Counter-Defendants | | | None | |
| 83 | Photographs of the Project | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 84 | Letter from counsel for District to counsel for AWI re: Government Code Claim dated 1/7/21 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 85 | Letter from counsel for AWI to District re: Government Code Claim for unpaid retention dated 12/16/20 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | Sonora: Account Summary Report, Payments and Corresponding Applications, Change Orders and Proposed Change Orders | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 87 | Sonora: Email string dated 11/15/18 between AWI and TKE re Contract Amendment | Plaintiff/Counter-Defendants | | | None | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 88 | Sonora: Anticipatory Breach Letter from AWI to TKE dated 12/16/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and damages; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 89 | Sonora Master Schedule Dated 1/25/18 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 90 | Attorney Correspondence: Email string dated 8/14/19 between AWI and TKE counsel re Sonora and 39 Congress | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and mitigation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 91 | Email string dated 8/22/19 between AWI and TKE counsel re Sonora and 39 Congress | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and mitigation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 92 | Sonora: Email string dated 7/16/18 re Sonora Contract | Plaintiff/Counter-Defendants | | | Not disclosed, F.R.C.P. § 26 Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 93 | Sonora: Oracle Screenshot A | Plaintiff/Counter-Defendants | | | None. | |
| 94 | Sonora: Oracle Screenshot B | Plaintiff/Counter-Defendants | | | None. | |
| 95 | Sonora: Mayra Blanco-Martinez Affidavit | Plaintiff/Counter-Defendants | | | | |
| 96 | Email string dated 8/23/19 between AWI and TKE counsel re Sonora and 39 Congress | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and mitigation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 97 | Email string dated 8/22/19 between AWI and TKE counsel re Sonora and 39 Congress with Attachments | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance and mitigation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 98 | Sonora: AWI Change | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, | Contract performance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Order Request TIA1 Dated 4/27/18 | | | | misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | and damages; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 99 | Sonora: Reserved | Plaintiff/Counter-Defendants | | | | |
| 100 | 04/07/16 E-mail String Re 39 Congress Elevator Specifications | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 902 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 101 | 09/22/16 Email string between G. Simjian and AWI re Invitation to Bid 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 903 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 102 | G. Simjian's Google Earth Image and Plan Details 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 904 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 103 | 09/26/16 E-mail string between G. Simjian and AWI re 39 Congress Proposals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 905 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 104 | TKE Proposals 09/26/16 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, | Contract formation; Business Records, FRE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 906 | 803 (6); Party Admission, FRE 801(d)(2) |
| 105 | 09/27/16 E-mail string between G. Simjian and Walls re drilling bid for 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 907 | Contract performance; Business Records, FRE 803 (6) |
| 106 | 12/7/16 E-mail M. Arellano 39-Congress change to hydraulic elevators | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 908 | Contract formation; Contract performance; Business Records, FRE 803 (6) |
| 107 | 03/08/17 E-mails with Rob Walls re site inspection | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 909 | Contract performance; Business Records, FRE 803 (6) |
| 108 | 03/9/17 TKE Proposal 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 910 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 109 | 10/12/16 E-mail string between G. Simjian and AWI re Invitation to | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bid 39 Congress | | | | authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | |
| 110 | 04/05/17 E-mail string Rob Walls re site inspection | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 912 | Contract performance; Business Records, FRE 803 (6) |
| 111 | 04/06/17 E-mail string Rob Walls re site inspection | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 913 | Contract performance; Business Records, FRE 803 (6) |
| 112 | 04/06/17 Rob Walls photos 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 914 | Contract performance; Business Records, FRE 803 (6) |
| 113 | 04/07/17 E-mail AWI re site inspection and drilling | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 915 | Contract performance; Business Records, FRE 803 (6) |
| 114 | 04/20/17 E-mail Walls re site inspection and drilling | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 403, 602, 802, 916 | |
| 115 | 05/15/17 Contract Administration Transmittal with Contract, Amendment to Contract, Insurance Certificate | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 917 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 116 | 05/17/17 Final Executed Contract, Amendment No. 1 to Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 918 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 117 | Reserved | Defendants/Counterclaimants | | | | |
| 118 | Reserved | Defendants/Counterclaimants | | | | |
| 119 | 04/20/17 - 06/20/17 E-mail string Walls re site inspection and drilling | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 921 | Contract performance; Business Records, FRE 803 (6) |
| 120 | 06/20/17 E-mail Walls re bid for limited access drill rig and bid. | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 922 | Contract performance; Business Records, FRE 803 (6) |
| 121 | KGC Drilling & Shoring file re 39 | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, | Contract performance; Business |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Congress Project. | | | | misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Records, FRE 803 (6) |
| 122 | 06/20/17 Emails string Simjian to AWI re limited access drilling Change Order. | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 123 | 07/31/17 Email string AWI and TKE re Updated Elevations | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 124 | 08/09/17 Email string AWI and TKE re PWA and jack order. | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract formation; Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 125 | 02/28/18 e-mail re Final Elevators Drawings and Ship Date | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 927 | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 126 | 10/23/17 Email string AWI and TKE re jack hole drilling | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 127 | 10/23/17 Email string AWI and TKE re change order stand by. | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 128 | 11/21/17 Email string AWI and TKE re floor height changes | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 129 | 05/17/18 Day E-mails re C/Os. | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 931 | Contract performance; Business Records, FRE 803 (6) |
| 130 | 07/10/18 McKinney E-mails re C/Os | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 403, 602, 802, 932 | |
| 131 | Reserved | Defendants/Counterclaimants | | | | |
| 132 | 03/19/19 TKE Pre-State Insp. Checklist | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 934 | Contract performance; Business Records, FRE 803 (6) |
| 133 | 04/10/19 Day E-mails re Check List and State Inspection | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 935 | Contract performance; Business Records, FRE 803 (6) |
| 134 | 04/15/19 Day E-mails re AWI 24 and 48 Hour Notices and Check List | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 936 | Contract performance; Business Records, FRE 803 (6) |
| 135 | Reserved | Defendants/Counterclaimants | | | | |
| 136 | 05/15/19 TKE Invoice | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 938 | Contract performance; Business Records, FRE 803 (6) |
| 137 | 05/29/19 AWI filled out Punch List Elevator No. 3 | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | F.R.C.P. §§ 402, 403, 602, 802, 939 | |
| 138 | 05/29/19 AWI filled out Punch List Elevator No. 4 | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 940 | Contract performance; Business Records, FRE 803 (6) |
| 139 | 06/7/19 McKinney E-mail re Punch list | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 941 | Contract performance; Business Records, FRE 803 (6) |
| 140 | 06/17/19 Day E-mail re State Inspection | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 942 | Contract performance; Business Records, FRE 803 (6) |
| 141 | 09/18/19 TKE Mechanic's Lien | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 943 | Contract performance; Business Records, FRE 803 (6) |
| 142 | R. Wall's File re 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 944 | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 143 | Arrow Concrete File re 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 945 | Contract performance; Business Records, FRE 803 (6) |
| 144 | 1/22/18 AWI E-mail re LOI Sonora | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 946 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 145 | 1/30/18 AWI E-mail re Contract Sonora | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 947 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 146 | 2/15/18 AWI E-mail re Contract Sonora | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 948 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 147 | 2/27/18 TKE Preliminary Notice | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 949 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 148 | 3/1/18 McKinney E-mail re | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, | Contract performance; Business |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Elevator Ship Date | | | | incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 950 | Records, FRE 803 (6) |
| 149 | 3/2/18 TKE Invoice | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 951 | Contract performance; Business Records, FRE 803 (6) |
| 150 | 3/2/18 TKE E-mail re Submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 952 | Contract performance; Business Records, FRE 803 (6) |
| 151 | 3/7/18 TKE Contract Administration Transmittal Contract, Amendment to Contract, Insurance Certificate | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 953 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 152 | 3/7/18 TKE E-mail re Amendment for Sonora | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 954 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 153 | 3/9/18 TKE E-mail re Submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, | Contract formation; Business Records, FRE 803 (6); Party |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | authentication F.R.C.P. §§ 402, 403, 602, 802, 955 | Admission, FRE 801(d)(2) |
| 154 | 3/12/18 AWI E-mail re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 956 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 155 | 3/15/18 TKW E-mail re no executed contract for Bonding | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 957 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 156 | 3/21/18 TKW E-mail re no executed contract for Bonding | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 958 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 157 | 4/19/18 TKE E-mail re contract and submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 959 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 158 | 5/11/18 TKE E-mail re contract and submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, | Contract formation; Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 403, 602, 802, 960 | |
| 159 | 5/21/18 TKE E-mail re contract and submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 961 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 160 | 5/31/18 TKE E-mails re design changes and submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 962 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 161 | 6/1/18 E-mail re Submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 963 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 162 | 6/4/18 E-mail re Submittals | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 964 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 163 | 6/25/18 TKW E-mail re submittals and contract before release | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 965 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 164 | 7/12/18 Simijian E-mail re Contract and release | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 966 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 165 | 7/16/18 E-mail re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 967 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 166 | 12/13/17 Simjian E-mail re Proposal | Defendants/Counterclaimants | | | | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 167 | 9/13/18 Simjian E-mail re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 969 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 168 | 9/14/18 AWI E-mail re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 970 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 169 | 9/17/18 TKE E-mail re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, | Contract formation; Business Records, FRE 803 (6); Party |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | authentication F.R.C.P. §§ 402, 403, 602, 802, 971 | Admission, FRE 801(d)(2) |
| 170 | 9/19/18 TKE E-mail re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 972 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 171 | Reserved | Defendants/Counterclaimants | | | | |
| 172 | 12/4/18 E-mails re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 974 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 173 | 12/31/18 TKE E-mails re Contract | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 975 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 174 | Reserved | Defendants/Counterclaimants | | | | |
| 175 | 1/9/19 Final Contract Sonora, Executed Amendment | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 977 | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 176 | 8/15/19 AWI Executed C/O No. 1 | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, | Contract formation; Business Records, FRE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 978 | 803 (6); Party Admission, FRE 801(d)(2) |
| 177 | 8/23/19 TKE Invoice | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 979 | Contract performance; Business Records, FRE 803 (6) |
| 178 | 9/6/19 TKE Inspection | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 980 | Contract performance; Business Records, FRE 803 (6) |
| 179 | 9/6/19 TKE Stop Payment Notice | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 981 | Contract performance; Business Records, FRE 803 (6) |
| 180 | 9/11/19 TKE C/O #2 | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 982 | Contract performance; Business Records, FRE 803 (6) |
| 181 | TKE Invoicing Related to 39 Congress | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 403, 602, 802, 983 | |
| 182 | TKE Invoicing Related to Sonora High School | Defendants/Counterclaimants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 984 | Contract performance; Business Records, FRE 803 (6) |
| 183 | 04/27/2018 AWI to Shandy Sonora HS TIA1 Delays in Feb Mar 2018<br><br>Fullerton High School District file related to Sonora Project. | Defendants/Counterclaimants | | | Not Disclosed (FRCP § 26), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 184 | 08/17/2018 Email AWI to Shandy Sonora HS July 2018 Update | Defendants/Counterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 185 | 01/24/2019 E-mail AWI to Shandy Sorona HS Gym 12419 Update UP09 w attachments | Defendants/Counterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | |
| 186 | 03/29/2019 Sonora HS Gymnasium 4119 Update UP10 w attachments | Defendants/Counterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 187 | 05/13/2019 5119 Update UP11 for Sonora HS Gym Project w attachment | Defendants/Counterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | |
| 188 | 08/21/2019 EMAIL AWI Shandy Re Sorona HS Gymnasium Project Update SHSGUP12 | Defendants/Counterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks foundation, | Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Data Date 060119 | | | | misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | |
| 189 | 07/10/ 2019 Email AWI and Shandy Re Gym Building Security and Weatherproo fing | Defendants/Co unterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 190 | 07/05/2019 Shandy AWI Re Project Delays Letter | Defendants/Co unterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | Contract performance; Business Records, FRE 803 (6) |
| 191 | 09/09/ 2019 Email Shandy Elevator Permit Scanned image from ANAOSHEV 36 | Defendants/Co unterclaimants | | | Not timely Disclosed (Pre-Trial Minute Order ECF-163; and agreement of counsel by 1/17/23), Relevance, lacks foundation, misleading, | Contract performance; Business Records, FRE 803 (6) Contract performance; Business Records, FRE 803 (6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, 911 | |
| 192 | | Defendants/Counterclaimants | | | | |
| 193 | | Defendants/Counterclaimants | | | | |
| 194 | | Defendants/Counterclaimants | | | | |
| 195 | | Defendants/Counterclaimants | | | | |
| 196 | | Defendants/Counterclaimants | | | | |
| 197 | | Defendants/Counterclaimants | | | | |
| 198 | | Defendants/Counterclaimants | | | | |
| 199 | | Defendants/Counterclaimants | | | | |
| 200 | 39 Congress: RFI Tables Dated 4/5/17 and 4/13/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802 | Contract performance, and performance; Business Records, FRE 803 (6) |
| 201 | 39 Congress: Trans Tables Dated 4/5/17 and 4/13/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract performance; Business Records, FRE 803 (6) |
| 202 | 39 Congress: Schedule of Values | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract scope and performance |
| 203 | 39 Congress: Email string | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, | Contract formation; |

| | | | | | | |
|---|---|---|---|---|---|---|
| | dated 2/21/19 between AWI and TKE re LOI | | | | misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 204 | 39 Congress: Email string dated 4/15/19 between AWI and TKE re Movement of Elevators | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 205 | 39 Congress: Email string dated 3/3/17 re Contract Change Orders | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 206 | 39 Congress: Email string dated 10/8/19 re Card Readers | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 207 | 39 Congress: Meeting Minutes 4/5/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 208 | 39 Congress: Parra Email Attaching LOI dated 3/24/17 | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract formation; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 209 | Oracle Screenshot | Plaintiff/Counter-Defendants | | | None | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 210 | Sonora: FJUSD email and OTIS elevator Proposal: Documents Produced by School District | Plaintiff/Counter-Defendants | | | Relevance, lacks foundation, misleading, incomplete, hearsay, authentication F.R.C.P. §§ 402, 403, 602, 802, | Contract performance; Business Records |
| 211 | Sonora emails re getting TKE to attend coordination meetings | Plaintiff/Counter-Defendants | | | Not disclosed, F.R.C.P. § 26 Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 212 | Video of TKE Locking Sonora Elevator after inspection | Plaintiff/Counter-Defendants | | | Not disclosed, F.R.C.P. § 26 Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract performance; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 213 | Timeline of Events - 39 Congress | Plaintiff/Counter-Defendants | | | Not disclosed, F.R.C.P. § 26 Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation, performance, damages; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 214 | Timeline of Events - Sonora | Plaintiff/Counter-Defendants | | | Not disclosed, F.R.C.P. § 26 Relevance, lacks foundation, misleading, incomplete, hearsay, F.R.C.P. §§ 402, 403, 602, 802. | Contract formation, performance, damages; Business Records, FRE 803 (6); Party Admission, FRE 801(d)(2) |
| 215 | Reserved | Plaintiff/Counter-Defendants | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 216 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 217 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 218 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 219 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 220 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 221 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 222 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 223 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 224 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 225 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 226 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 227 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 228 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 229 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 230 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 231 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 232 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 233 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 234 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 235 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 236 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 237 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 238 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 239 | Reserved | Plaintiff/Counter-Defendants | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 240 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 241 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 242 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 243 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 244 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 245 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 246 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 247 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 248 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 249 | Reserved | Plaintiff/Counter-Defendants | | | | |
| 250 | Reserved | Plaintiff/Counter-Defendants | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Dated: March 14, 2024

PACHECO & NEACH PC

By: _/s David J. Sire, Jr., Esq. _
David J. Sire, Jr., Esq.
Attorneys for Plaintiff AWI BUILDERS, INC.; and THE OHIO CAUSALITY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; and HANOVER INSURANCE COMPANY

Dated: March 14, 2024

HERNQUIST & ASSOCIATES

By: /s William C. Hernquist, II
William C. Hernquist, II
Attorneys for Defendant and Counter-Claimant, THYSSENKRUPP ELEVATOR CORPORATION

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, CITY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Two Park Plaza, Suite 1000 Irvine, CA 92614.

On March 14, 2024, I served the foregoing document described as: **AMENDED JOINT EXHIBIT LIST (Fourth Filing)**
on all interested parties as follows:

[X] by sending true copies thereof to the following:

| | |
|---|---|
| William C. Hernquist II, Esq.<br>Hernquist & Associates<br>1650 North Coast Hwy 101<br>Encinitas, CA 92024<br>Telephone: (619) 687-2300<br>wch@hernquistlaw.com<br>(**Attorney for Thyssenkrupp Elevator Corporation**) | Mark A. Feldman, Esq.<br>FELDMAN & ASSOCIATES, INC.<br>11030 Santa Monica Blvd., Suite 109<br>Los Angeles, California 90025<br>mfeldman@feldmanandassoc.com<br>(**Attorneys for AWI Builders, Inc.**; and Counter-defendants **The Ohio Casualty Ins. Co.; Great American Ins. Co.;** and **Hanover Ins. Co.)** |

[ ] BY ELECTRONIC TRANSMISSION ONLY

[ ] I caused the aforementioned document, in pdf format, to be sent via electronic mail to the person(s) at the e-mail address(es) listed above.

[ ] BY MAIL

[] I deposited such certified mail envelope in the mail at Los Angeles, California. The envelope was mailed with certified mail postage thereon, return receipt requested, fully prepaid.

[ ] As follows: I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: March 14, 2024 __/s David J. Sire, Jr.____

David J. Sire, Jr.