AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

JS-6

AWI Builders, Inc.
*Plaintiff*
v.
Thyssenkrupp Elevator Corporation
*Defendant*

Civil Action No. 2:19-cv-05677-MEMF-AJR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* AWI Builders, Inc., a California Corporation recover from the defendant *(name)* ThyssenKrupp Elevator Corporation the amount of one hundred three thousand three hundred forty-five & 46/100 dollars ($103,345.46) in principal, attorney fees of three hundred thousand and 00/100 dollars ($300,000.00), costs of one hundred sixty-six thousand four hundred twenty-six and 70/100 dollars ($166,426.70), and $0 in prejudgment interest, for a total judgment of five hundred sixty nine thousand seven hundred seventy two and 16/100 dollars ($569,772.16) plus post judgment interest at the rate of 3.72% per annum on the entire judgment.

☑ The Counter Claimant recover nothing on its Counter Claim against any of the Counter Defendants.

☑ Other: AWI Builders, Inc., a California Corporation, shall recover, jointly and severally from Defendant Federal Insurance Company, a New Jersey corporation, five thousand six hundred and twenty five dollars ($5,625.00) in principal, costs of one hundred sixty-six thousand four hundred twenty-six and 70/100 dollars ($166,426.70), and $0 in prejudgment interest, for a total judgment of one hundred seventy two thousand fifty one and 70/100 dollars ($172,051.70) plus post judgment interest at the rate of 3.72% per annum on the entire judgment.

This action was *(check one)*:

☑ tried by a jury with Judge Maame Ewusi-Mensah Frimpong presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☐ decided by Judge ______ on a motion for

Date: September 10, 2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*